| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Roger G. Perkins, Esq. (SBN 86617)<br>Kristina M. Pfeifer (SBN 234352)<br>**MORRIS, POLICH & PURDY, LLP.**<br>501 West Broadway, Suite 500<br>San Diego, CA 92101<br>ATTORNEYS FOR THIRD-PARTIES: Raymond J. Linovitz, M.D., F.A.C.S. and Timothy Peppers, M.D. | TELEPHONE NO.:<br>(619) 557-0404 | FILED<br>COURT USE ONLY<br><br>08 APR -8 PM 3: 58<br><br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY _____ DEPUTY |
|---|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF CALIFORNIA** | | |
| PLAINTIFF:   CALVIN TIMBERLAKE and KAREN TIMBERLAKE | JUDGE:<br>DEPT.: | |
| DEFENDANTS: ATTORNEYS FOR THIRD-PARTIES, RAYMOND J. LINOVITZ, M.D., F.A.C.S. AND TIMOTHY PEPPERS, M.D. | '08 CV 638  JAH AJB | |
| **PROOF OF SERVICE** | CASE NO. | |

I declare that I am over the age of eighteen (18) years and am not a party to the case; I am employed in, or am a resident of, the County of San Diego, State of California, where the mailing occurs; and my business address is 501 West Broadway, Suite 500, San Diego, California 92101.

On April 8, 2008, I served the following document:

1. THIRD PARTIES RAYMOND J. LINOVITZ, M.D., F.A.C.S.' AND TIMOTHY PEPPERS, M.D.'S NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFFS' SUBPOENAS

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THIRD PARTIES RAYMOND J. LINOVITZ, M.D., F.A.C.S.' AND TIMOTHY PEPPERS, M.D.'S MOTION TO QUASH PLAINTIFFS' SUBPOENAS

3. DECLARATION OF KRISTINA M. PFEIFER IN SUPPORT OF THIRD PARTIES RAYMOND J. LINOVITZ, M.D., F.A.C.S.' AND TIMOTHY PEPPERS, M.D.'S MOTION TO QUASH PLAINTIFFS' SUBPOENAS

on the interested parties listed on the service list attached hereto, by enclosing true and correct copies thereof in a sealed envelope addressed as follows:

**SEE SERVICE LIST**

☒ **BY U.S. MAIL** I deposited such envelopes in the mail at San Diego, California. The envelopes were mailed to all parties with postage thereon fully prepaid. I am readily familiar with Morris, Polich & Purdy's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at San Diego, California, in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this Proof of Service.

☐ **BY FEDERAL EXPRESS** I am familiar with the firm's practice of collecting and processing correspondence for delivery via Federal Express. Under that practice, it would be picked up by Federal Express on that same day at San Diego, California, and delivered to the parties as listed on this Proof of Service the following business morning.

☐ **BY FACSIMILE** I caused the above-referenced documents to be transmitted via facsimile.

CALVIN TIMBERLAKE and KAREN TIMBERLAKE v. RAYMOND J. LINOVITZ, M.D., F.A.C.S. AND TIMOTHY PEPPERS, M.D.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 8, 2008, at San Diego, California.

_____
Nancy Davis

Case 3:08-cv-00638-JAH-AJB   Document 1-4   Filed 04/08/2008   Page 3 of 3

CALVIN TIMBERLAKE and KAREN TIMBERLAKE v. RAYMOND J. LINOVITZ, M.D., F.A.C.S. AND TIMOTHY PEPPERS, M.D.

## SERVICE LIST

| | |
|---|---|
| John A. LaBoon<br>Gregory M. Lowry<br>Segal McCambridge Singer & Mahoney, Ltd.<br>100 Congress, Suite 800<br>Austin, TX 78701<br>Tel.: (512) 476-7834 | James W. Cole<br>Cole, Cole & Easley, P.C.<br>302 W. Forest Street<br>P.O. Drawer 510<br>Victoria, Texas 77902 |
| Anthony G. Vicogliosi<br>Viscogliosi Brothers, LLC<br>505 Park Avenue, 14th Floor<br>New York, New York 10022 | Lori G. Cohen<br>Christiana Jacxsens<br>Greenberg Traurig, L.L.P.<br>The Forum<br>3290 Northside Parkway, Suite 400<br>Atlanta, GA 30327<br>Tel: (678) 553-2100 |
| Mary-Olga Lovett<br>Greenberg Traurig, L.L.P.<br>1000 Louisiana, Suite 1800<br>Houston, TX 77002 | Lionel Martin<br>1000 Louisiana, 18 Floor<br>Houston, TX 77002<br>Tel: (713) 374-3500 |