UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN TIMBERLAKE and KAREN TIMBERLAKE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SYNTHES SPINE COMPANY, L.P.,<br><br>　　　　Defendant. | CASE NO.: 08 CV 638 JAH AJB<br><br>*[6 08-CV-00004 (S D Tex )]* |

## STATEMENT OF NON-OPPOSITION TO MOTIONS TO QUASH

　　　COMES NOW, Respondents, Calvin Timberlake and Karen Timberlake, and files this Statement of Non-Opposition to Defendants', Synthes Spine Company, L.P., Timothy A. Peppers, M.D. and Core Orthopedic Medical Center, Motions to Quash or In The Alternative Motions To Stay Plaintiff's Third-Party Subpoenas on Timothy A. Peppers, M.D., and Core Orthopedic Medical Center. Plaintiffs do not oppose these motions at this time. Plaintiffs respectfully reserve the right to reissue subpoenas at a later date requiring production of the same materials.

　　　Plaintiffs request that the subpoenas be quashed without prejudice to refilling at a later date.

Respectfully Submitted,

_____
Jim Cole
State Bar No.: 04538500
Federal I.D. No.: 5883
Rex Easley Jr.
State Bar No. 06358425
Federal I.D. No. 5886
William L. Sciba III
State Bar No. 00792824
Federal I.D. No. 19044
COLE, COLE & EASLEY, P.C.
302 West Forrest
P. O. Box 510
Victoria, Texas 77902
(361) 575-0551 Telephone
(361) 575-0986 Telecopier
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing of this pleading has been mailed or delivered to all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 24 day of April, 2008.